# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL VAVAGES, SR., | Civil No. 3:19-cv-1795 |
| Petitioner | (Judge Mariani) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent | |

## ORDER

**AND NOW**, this 14th day of November, 2019, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot based upon Petitioner's November 5, 2019 release.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge